IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ANTHONY GLASS**                                                                **PLAINTIFF**

**V.**                      **CASE NO. 2:13CV00052 KGB/BD**

**MONROE COUNTY, ARKANSAS, et al.**                                **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

SO ORDERED this 12th day of July, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE